# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:20-cv-02584

Date case was first filed in U.S. District Court: 04/14/2020

Date of judgment or order you are appealing: 03/26/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Anthony Gantner

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

39 Mesa Street, Suite 201

City: San Francisco   State: CA   Zip Code: 94129

Prisoner Inmate or A Number (if applicable):

Signature: /s/ Nicholas A. Carlin   Date: Mar 26, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                          Rev. 12/01/2018

Nicholas A. Carlin, State Bar No. 112532
Brian S. Conlon, State Bar No. 303456
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax:          415-398-0911
Email:       nac@phillaw.com
                 bsc@phillaw.com

Attorneys for Plaintiff/Appellant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY GANTNER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PG&E CORPORATION, a California Corporation, and PACIFIC GAS & ELECTRIC COMPANY, a California Corporation,<br><br>Defendants. | **Case No. 20-cv-02584HSG**<br><br>**NOTICE OF APPEAL REPRESENTATION STATEMENT** |

## Appellant's Representation Statement

Plaintiff/Appellant Anthony Gantner submits the following Representation Statement appended to the Notice of Appeal submitted herewith. Each of Appellant's representatives are registered for Electronic Filing in the 9th Circuit.

The names of all parties to the appeal and the names, addresses, and telephone numbers of their respective attorneys, are:

| Party | Counsel |
|---|---|
| Appellant Anthony Gantner | PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP<br>Nicholas A. Carlin (SBN 112532)<br>(nac@phillaw.com)<br>Brian S. Conlon (SBN 303456)<br>(bsc@phillaw.com)<br>39 Mesa Street, Suite 201 - The Presidio<br>San Francisco, CA 94129<br>Tel: 415-398-0900<br>Fax: 415-398-0911<br><br>HAUSFELD LLP<br>Bonny E. Sweeney (SBN 176174)<br>(bsweeney@hausfeld.com)<br>Seth R. Gassman (SBN 311702)<br>(sgassman@hausfeld.com)<br>600 Montgomery Street<br>San Francisco, CA 94111<br>Tel: 415-633-1908<br>Fax: 415-358-4980 |
| Appellees PG&E CORPORATION, and PACIFIC GAS & ELECTRIC COMPANY | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000 |

| | |
|---|---|
| | Fax: 212 310 8007<br><br>CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller ( SBN 151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (SBN 298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |
| California Public Utilities Commission<br><br>(Amicus) | CALIFORNIA PUBLIC UTILITIES COMMISSION<br>Arocles Aguilar (SBN 94753)<br>(arocles.aguilar@cpuc.ca.gov)<br>Geoffrey Dryvynsyde (SBN 139884)<br>(geoffrey.dryvynsyde@cpuc.ca.gov)<br>Candace Morey (SBN 233081)<br>(candace.morey@cpuc.ca.gov)<br>505 Van Ness Avenue<br>San Francisco, California 94102<br>Tel: (415) 703-2015<br>Fax: (415) 703-2262<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>(akornberg@paulweiss.com)<br>Walter Rieman (SBN 139365)<br>(wrieman@paulweiss.com)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |

PHILLIPS, ERLEWINE, GIVEN & CARLIN, LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA   94129
(415) 398-0900

3

Dated: March 26, 2021                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


By: /s/ Nicholas A. Carlin
    Nicholas A. Carlin
    Brian S. Conlon
    Attorneys for Plaintiff/Appellant